UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DANIEL CIHA,
on behalf of himself and
all others similarly situated,

      Plaintiff,                              Case No. 21-cv-1405

     v.

MASTERS GALLERY FOODS, INCORPORATED,

      Defendant.

## ORDER GRANTING FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

Having previously preliminarily approved the parties' Settlement Agreement, ECF No. 26, having reviewed the parties' Joint Motion for Final Approval of Collective and Class Action Settlement, ECF No. 31, Plaintiff's Unopposed Motions for Approval of Service Award, ECF No. 33, and for Approval of Attorneys' Fees and Costs, ECF No. 34, and the Declarations filed in support thereof, and having held a Fairness Hearing regarding the same on October 30, 2023,

**IT IS HEREBY ORDERED** that:

    1.    The parties' Settlement Agreement, ECF No. 26, is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

    2.    The Settlement Agreement is binding on Plaintiff, Defendant, and all Settlement Class Members.

3. Payments to Plaintiff, his counsel, and all Settlement Class Members are hereby **AUTHORIZED** in accordance with the parties' Settlement Agreement.

4. Plaintiff's Unopposed Motion for Approval of Service Award is **GRANTED** and Plaintiff's Service Award of $15,000.00 is hereby approved.

5. Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs is **GRANTED**, and counsel's requested award of attorneys' fees and costs in the total amount of $262,346.64 is hereby approved.

6. Plaintiff's released claims and those of all Settlement Class Members are hereby **DISMISSED** with prejudice.

7. The federal claims pursuant to the Fair Labor Standard Act of 1938, as amended ("FLSA"), of any Settlement Class Member who did not timely file a Consent to Join Form with the Court are hereby **DISMISSED** without prejudice.

8. The federal claims pursuant to the FLSA and state law claims pursuant to Wisconsin's Wage Payment and Collective Laws of any putative Settlement Class Member who properly and timely excluded themselves in accordance with the procedures in the Settlement Agreement are hereby **DISMISSED** without prejudice.

9. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

Dated at Milwaukee, Wisconsin, this 30th day of October, 2023.

_____
STEPHEN C. DRIES
United States Magistrate Judge